STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

LECRERC M DUBUCHE

Case No. 10-09179-SEK

Chapter 13    Attorney Name: MARILYN VALDES ORTEGA*

### I. Appearances

| | | |
|---|---|---|
| Debtor | [✓] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [✓] Present | [ ] Absent |

[ ] Pro-se
[ ] Substitute _A.H. Valdes_

Date: November 03, 2010
Time: 1:35 PM   Track: 02
[✓] This is debtor(s) 1st Bankruptcy filing.
Liquidation Value: T.B.D.
Creditors — none —

### II. Oath Administered
[✓] Yes    [ ] No

### III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
  [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns 06-09 [✓] Returned
[✓] Federal Tax Returns 08-09 [✓] Returned
[ ] Evidence of income (60 days prior to petition)

### IV. Status of Meeting    [✓] Closed    [ ] Not Held    [ ] Continued _____ at _____

### V. Trustee's Report on Confirmation

[✓] FAVORABLE
[ ] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
  [ ] State - years _____
  [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
  [ ] Missing    [ ] Incomplete
[ ] Stmt. of Current Monthly Income
  [ ] Incomplete    [ ] Missing
  [ ] Fails commitment period    [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
  [ ] Missing    [ ] More than 180 days
  [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:
LECRERC M DUBUCHE

Case No. 10-09179-SEK

Chapter 13    Attorney Name: MARILYN VALDES ORTEGA*

VI. Plan (Cont.)
Date: October, 18, 2010   Base $ 18,000.00   [X] Filed   Evidence of Pmt shown: _____
Payments _1_ made out of _1_ due.   [ ] Not Filed

VII. Confirmation Hearing Date: December, 3, 2010

VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $ 100.00 = $ 2,900.00

IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____
[ ] Insurance estimate
[ ] Assumption/Rejection executory contract
[ ] Appraisal _____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
   [ ] Debtor  [ ] Joint debtor
[X] Other: *Debtor to file SCMI - means test*

[ ] Amended S.O.F.A. _____
[X] Amended plan *eliminate avoidance of*
[X] Business Documents *lien to Scotiabank*
                                 *is lift of*
[ ] Monthly reports for the months *stay.*

[ ] Public Liability Insurance
   [ ] Premises _____
   [ ] Vehicle(s) _____
[ ] Licenses issued by: _____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**

① Debtor is not married, he has a common law spouse
② Possible preferential payments to 1st Bank and Bank of America. dfsv. Amend plan and SOFA and *pmicl* evidence.
③ CURRENT DSO payments: 2 accounts: ① Ms. Francisca Brito thru Asume & Ms. Betsy Delgado (direct payments)
④ Trustee to review liquidation value (lift of stay as to scotiabank)

_____
Trustee/Presiding Officer

Date: November 03, 2010
(Rev.)